UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michelle Labayen
Law Office of Michelle Labayen
24 Commerce Street
Suite 1300
Newark, NJ 07102
973-622-1584
Email: michelle@labayenlaw.com

In Re:

Carl Savage

Case No.: 20-13694

Chapter: 13

Adv. No.:

Hearing Date: 06/10/2020 10:00AM

Judge: Stacey L. Meisel

## CERTIFICATION OF SERVICE

1. I, Silvia Pereyra :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Law Office of Michelle Labayen, who represents debtor in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On 04/08/2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Motion to expunge claims of KENTUCKY HIGHER EDUCATION ASSISTANCE AUTHORITY, Brief, Exhibit A(Proof of Claim), Exhibit B(Form B10), Exhibit C(Schedule F) and Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 04/08/2020

/s/ Silvia Pereyra
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Bankruptcy Court<br>District of New Jersey<br>50 Walnut Street,<br>Newark, NJ 07102 | Court | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kentucky Higher Education Assistance Authority<br>c/o Mr. Miles F. Justice, Esq.<br>Po Box 798<br>Frankfort, KY 40602 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KHEAA<br>c/o Gene Hutchins, CEO<br>100 Airport Road<br>Frankfort, KY 40602-0798 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |