Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  20−13694−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Carl Savage
    fka Carl E. Savage
    332 Hudson Avenue
    Hopatcong, NJ 07843
Social Security No.:
    xxx−xx−0568
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/24/20 at 10:00 AM

to consider and act upon the following:

*12* – Motion to Expunge Claims of KENTUCKY HIGHER EDUCATION ASSISTANCE AUTHORITY Filed by Michelle Labayen on behalf of Carl Savage. Hearing scheduled for 5/13/2020 at 10:00 AM at SLM – Courtroom 3A, Newark. (Attachments: # 1 Brief # 2 Proposed Order # 3 Exhibit A # 4 Exhibit B # 5 Exhibit C) (Labayen, Michelle) Modified on 4/7/2020 (Heim, Robert). NO CERTIFICATE OF SERVICE ATTACHED.

Dated: 6/10/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court