UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
Michelle Labayen (ml 2960)
Law Office of Michelle Labayen PC
24 Commerce Street
Suite 1300
Newark, NJ 07102
973-622-1584

In Re:
Carl Savage
Fka Carl E. Savage

Order Filed on August 14, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No.: 20-13694
Judge: Hon. Stacey Meisel
Hearing Date: ~~July 28, 2020~~ August 12, 2020

### ORDER EXPUNGING CLAIMS 3 BY KENTUCKY HIGHER EDUCATION ASSISTANCE AUTHORITY

The relief set forth on the following pages numbered three (2) is hereby

**ORDERED**

**DATED: August 14, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:     2
Debtors:  Carl Savage
Case No.: 20-13694
Caption   Order Expunging Claims 3 by Kentucky Higher Education Assistance Authority

THIS MATTER being opened to the Court by MICHELLE LABAYEN, ESQ, attorney for the debtor Carl Savage and this Court having considered the argument of counsel and good cause appearing and there being no opposition:

IT IS HEREBY,

ORDERED: Claims 3 is expunged

```
                      United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                              Case No. 20-13694-SLM
Carl Savage                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin               Page 1 of 1             Date Rcvd: Aug 14, 2020
                              Form ID: pdf903           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2020.
db              +Carl Savage,    332 Hudson Avenue,    Hopatcong, NJ 07843-1756

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2020 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Marie-Ann   Greenberg    magecf@magtrustee.com
      Michelle  Labayen    on behalf of Debtor Carl  Savage michelle@labayenlaw.com,
       silvia@labayenlaw.com;giovanna@labayenlaw.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                                                                                            TOTAL: 4