UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
51824
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorneys for Santander Consumer USA Inc. d/b/a Chrysler Capital

In Re:

CARL SAVAGE

**Order Filed on November 19, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 20-13694

Adv. No.:

Hearing Date: 10-28-20

Judge: SLM

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: November 19, 2020**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Carl Savage**
**20-13694(SLM)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc. d/b/a Chrysler Capital, with the appearance of Michelle Labayen, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Santander Consumer USA Inc. d/b/a Chrysler Capital is the holder of a first purchase money security interest encumbering a 2016 Jeep Patriot bearing serial number 1C4NJRFB7GD619178 (hereinafter the"vehicle").

2. The debtor shall make all loan payments when due, being the 1st day of each month. If the debtor fails to make any payment for a period of 30 days after it falls due, Santander Consumer USA Inc. d/b/a Chrysler Capital shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. Santander Consumer USA Inc. d/b/a Chrysler Capital shall be listed as loss payee. In the event of a lapse of insurance for any period of time without intervening coverage, Santander Consumer USA Inc. d/b/a Chrysler Capital shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney.

4. The debtor shall pay to Santander Consumer USA Inc. d/b/a Chrysler Capital through the plan, a counsel fee of $431 which shall be paid by the trustee as an administrative priority expense.