| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>CARL SAVAGE |

Case No.:  20-13694

Adv. No.:

Hearing Date:  06/08/2022

Judge:  SLM

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 05/10/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
CARL SAVAGE
332 HUDSON AVENUE
HOPATCONG, NJ  07843
Mode of Service:  Regular Mail

Attorney for Debtor(s):
MICHELLE LABAYEN
LAW OFFICES OF MICHELLE LABAYEN PC
24 COMMERCE STREET
SUITE 1300
NEWARK, NJ  07102
Mode of Service:  ECF and/or Regular Mail

Dated:  May 10, 2022

By:  /S/  Jackie Michaels
Jackie Michaels