**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

CARL SAVAGE

**Case No.:  20-13694**

**Adv. No.:**

**Hearing Date:**

**Judge:  SLM**

## CERTIFICATION OF SERVICE

1. I, Lauren O'Shea, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 04/22/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
CARL SAVAGE
332 HUDSON AVENUE
HOPATCONG, NJ  07843
Mode of Service:  Regular Mail

Attorney for Debtor(s):
RODNEY NELSON, ESQ.
NELSON AND ASSOCIATES, PC
24 COMMERCE STREET
STE 1300
NEWARK, NJ  07102
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  April 22, 2024

By:  /S/  Lauren O'Shea
Lauren O'Shea