UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rodney Nelson (380072021)
Nelson & Associates LLC
24 Commerce St
Suite 1300
Newark, NJ 07102
973-622-1584
rodney@alrehailinelson.com

| | |
|---|---|
| In Re:<br><br>  Carl Savage | Case No.: _____20-13694-SLM_____<br><br>Judge: _____Stacey L. Meisel_____<br><br>Chapter:             13 |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.      ☐ Motion for Relief from the Automatic Stay filed by _____ ,

creditor,

A hearing has been scheduled for _____ , at _____.


☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____ , at _____.


☒ Certification of Default filed by _____Trustee_____ ,

I am requesting a hearing be scheduled on this matter.


2.      I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____ , but have not

been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes
repayment as follows (explain your answer):

☒ Other (explain your answer):
As of the filing of this opposition, I, Debtor, submitted the 2023 tax return to the
Trustee I haven't received a fund excess of $2500.

3.    This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4.    I certify under penalty of perjury that the above is true.

Date: 4/25/24
_____
Debtor's Signature

Date: _____
_____
Debtor's Signature

**NOTES:**

1.    Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.    Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*