| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Carl Savage<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0568<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–13694–SLM | |

## Order of Discharge                                                                                             12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Carl Savage
   fka Carl E. Savage

<u>5/28/25</u>                                                     **By the court:** <u>Stacey L. Meisel</u>
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
      obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Carl Savage  
    Debtor

Case No. 20-13694-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: May 28, 2025      Form ID: 3180W      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carl Savage, 332 Hudson Avenue, Hopatcong, NJ 07843-1756 |
| 518746181 | + | Kentucky Higher Education, Assitance Authority, Po Box 798, Frankfort, KY 40602-0798 |
| 518746183 | + | New Jersey Gross Income Tax, P.O Box 046, Trenton, NJ 08646-0046 |
| 518746184 | + | New Rez LLC, c/o Shellpoint Mortgage Serv, Po Box 740039, Cincinnati, OH 45274-0039 |
| 518746186 | + | State of New Jersey HESSA, 4 Quakerbridge Plaza, Po Box 548, Trenton, NJ 08625-0548 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 28 2025 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 28 2025 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | May 28 2025 21:02:00 | Santander Consumer USA Inc., dba Chrysler Capital, PO Box 961278, Ft. Worth, TX 76161-0278 |
| cr | + | EDI: PRA.COM | May 29 2025 00:46:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518746172 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 28 2025 21:02:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518750621 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 28 2025 21:02:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518819210 | ^ | MEBN | May 28 2025 21:01:52 | American Education Services, PO Box 8183, Harrisburg, PA 17105-8183 |
| 518746171 | + | Email/Text: bncnotifications@pheaa.org | May 28 2025 21:01:00 | American Education Svc, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 518746173 | + | EDI: CAPITALONE.COM | May 29 2025 00:46:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518746174 | + | Email/Text: bankruptcy.notifications@fisglobal.com | May 28 2025 21:02:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1595 |
| 518791221 | + | Email/Text: enotifications@santanderconsumerusa.com | May 28 2025 21:02:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 518746175 | + | EDI: WFNNB.COM | May 29 2025 00:46:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518746176 | + | EDI: WFNNB.COM | May 29 2025 00:46:00 | Comenitycapital/yrtui, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |

Case 20-13694-SLM    Doc 67    Filed 05/30/25    Entered 05/31/25 00:20:18    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 28, 2025 | Form ID: 3180W | Total Noticed: 37 |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| 518746177 | EDI: DISCOVER | May 29 2025 00:46:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518755241 | EDI: DISCOVER | May 29 2025 00:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518746178 | Email/Text: bankruptcycourts@equifax.com | May 28 2025 21:02:00 | Equifax, POB 740241, Atlanta, GA 30374 |
| 518746179 | ^ MEBN | May 28 2025 21:00:29 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518746180 | + EDI: IRS.COM | May 29 2025 00:46:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518807558 | EDI: JEFFERSONCAP.COM | May 29 2025 00:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518746182 | + EDI: LENDNGCLUB | May 29 2025 00:46:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 520588882 | + EDI: LENDNGCLUB | May 29 2025 00:46:00 | Lendingclub Corporation, Dept #34268, PO Box 39000, San Francisco, CA 94139-0001 |
| 518833071 | Email/Text: mtgbk@shellpointmtg.com | May 28 2025 21:01:00 | NewRez LLC d/b/a ShellPoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 518813968 | EDI: PRA.COM | May 29 2025 00:46:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518823415 | EDI: Q3G.COM | May 29 2025 00:46:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518746185 | + Email/Text: enotifications@santanderconsumerusa.com | May 28 2025 21:02:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 518746187 | + EDI: SYNC | May 29 2025 00:46:00 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518746188 | + EDI: SYNC | May 29 2025 00:46:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518747416 | + EDI: AISACG.COM | May 29 2025 00:46:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518746189 | + EDI: SYNC | May 29 2025 00:46:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518746190 | + EDI: SYNC | May 29 2025 00:46:00 | Synchrony Bank/Climate Select, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518746191 | + EDI: SYNC | May 29 2025 00:46:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518746192 | Email/Text: DASPUBREC@transunion.com | May 28 2025 21:01:00 | TransUnion, 555 W. Adams Street, Chicago, IL 60661 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518832232 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Cory Francis Woerner | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Laura M. Egerman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Rodney Nelson | on behalf of Debtor Carl Savage rodneyknelson9@gmail.com rahafalrehaili@labayenlaw.com |
| Shauna M Deluca | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@hasbanilight.com hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10